UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUEST SOFTWARE, INC., a Nevada corporation,

    Plaintiff,

v

ELECTRONIC CLAIMS SERVICES, INC., an Oregon corporation; and JAMES NEUMANN, an individual,

    Defendants.

_____/

Case No. 1:11-cv-00511-PLM

Chief Judge Paul L. Maloney

Magistrate Judge Joseph G. Scoville

| | |
|---|---|
| Gregory L. McClelland (P28894)<br>Melissa A. Hagen (P42868)<br>Jared A. Roberts (P55182)<br>McCLELLAND & ANDERSON, LLP<br>Attorneys for Plaintiff<br>1305 S. Washington Ave., Ste. 102<br>Lansing, MI 48910<br>(517) 482-4890 | Mark D. van der Laan (P55921)<br>DYKEMA GOSSETT PLLC<br>Co-Counsel for Defendant Electronic Claims Services, Inc.<br>300 Ottawa Ave., N.W., Ste. 700<br>Grand Rapids, MI 49503-2306<br>(616)776-7500 |
| Stephen J. Hessen (P41663)<br>Robb S. Krueger (P66115)<br>KREIS ENDERLE HUDGINS & BORSOS PC<br>Attorney for Defendant Neumann<br>One Moorsbridge<br>P.O. Box 4010<br>Kalamazoo, MI 49003<br>(269) 324-3000 | Thomas Allen Gerber<br>BULLIVANT HOUSER BAILEY PC<br>Co-Counsel for Defendant Electronic Claims Services, Inc.<br>300 Pioneer Tower<br>888 SW Fifth Ave.<br>Portland, OR 97204-2089<br>(503) 228-6351 |

_____/

**ORDER FOR DISMISSAL**

    The parties having stipulated to the entry hereof and this Court being otherwise fully informed in the premises;

**IT IS HEREBY ORDERED** that this case is dismissed, with prejudice, and without an award of interest, costs or attorney fees to any party.

This is a Final Order and closes the case.

Dated:   August 3, 2011               /s/ Paul L. Maloney
                                       Hon. Paul L. Maloney, Chief Judge